# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

KATRINA McLAUGHLIN,
*individually and on behalf of all others similarly situated*,

        Plaintiff,

vs.

JB7, LLC,

        Defendant.

Case No. 1:19-cv-23748-CIV-RNS

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Katrina McLaughlin hereby voluntarily dismisses the above-captioned action in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: October 30, 2019

Respectfully submitted,

By: */s/ Matthew D. Schultz*
Matthew D. Schultz (FBN 640328)
*mschultz@levinlaw.com*
William F. Cash, III (FBN 68443)
*bcash@levinlaw.com*
Brenton Goodman (FBN 126153)
*bgoodman@levinlaw.com*
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6140

Abbas Kazerounian (PHV)
*ak@kazlg.com*
Ryan McBride (PHV)
*ryan@kazlg.com*
**KAZEROUNI LAW GROUP, PLC**
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Counsel for Plaintiff and the
Proposed Class & Subclass*